UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| MELISSA KARCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17-cv-01114-CEJ |
| | ) | |
| ASCENSION HEALTH and | ) | |
| SEDGWICK CLAIMS MANAGEMENT | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Melissa Karcher and Defendants Ascension Health Alliance d/b/a Ascension, improperly named in Plaintiff's Complaint as "Ascension Health," and Sedgwick Claims Management Services, Inc., by and through the undersigned counsel, and the matter having been resolved as between the parties, Plaintiff hereby dismisses her cause of action against Defendant, with prejudice.  Each party to bear its own costs and attorneys' fees.

This is a Final Order and resolves all issues in this case.

IT SO ORDERED:

_____

HON. JOHN M. BODENHAUSEN

1690915

Dated:  January 3, 2018

GREENSFELDER, HEMKER & GALE, P.C.


By: /s/ Amy L. Blaisdell
    Amy L. Blaisdell, #51068
    *apb@greensfelder.com*
    Audrie R. Howard, #69144
    *ahoward@greensfelder.com*
    10 S. Broadway, Suite 2000
    St. Louis, MO 63102

*Attorneys for Defendants*

Respectfully submitted,

SERAFINI, MICHALOWSKI, DERKACZ & ASSOCIATES


By:   /s/ Patrick J. Derkacz
    Patrick J. Derkacz, PHV #P48988
    patd@smdalaw.com
    44444 Mound Rd., Ste. 100
    Sterling Heights, MI 48312

BOLLWERK & TATLOW LLC


By:   /s/ Phillip A. Tatlow
    Phillip A. Tatlow, #43164
    pat@bollwerktatlow.com
    10525 Big Bend Boulevard
    Kirkwood, MO 63122

*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE


       I hereby certify that on January 3, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which electronically delivered a copy of the same to the following counsel of record:


    Phillip A. Tatlow
    Bollwerk & Tatlow LLC
    10525 Big Bend Boulevard
    Kirkwood, MO 63122

    Patrick J. Derkacz
    Serafini, Michalowski, Derkacz & Associates
    44444 Mound Rd., Ste. 100
    Sterling Heights, MI 48312

    *Attorneys for Plaintiff*

                       /s/ Amy L. Blaisdell